BRACH | EICHLER LLC

Stuart J. Polkowitz
Direct Dial: 973-403-3152
Direct Fax: 973-618-5552
E-mail: spolkowitz@bracheichler.com

September 8, 2023

**VIA ELECTRONIC FILING**
The Honorable Christine M. Gravelle
U.S. Bankruptcy Court - District of New Jersey
402 East State Street
Trenton, NJ 08608

    Re:    In re: Holmdel Financial Services, Inc.
             Case No. 22-12393 (CMG)

             The Estate of Barry Gimelstob/FBR Corp. v. Holmdel Financial Services, et al.
             Adversary Proceeding Case No. 23-01203-CMG

Dear Judge Gravelle:

    I have been informed by Chris Hanlon, Esq. that the address for Defendants Christopher, Laura and Abigail Nalbandian is 245 Borden Road, Middletown NJ 07748. Mr. Hanlon confirmed that he is counsel for these individuals, as well as the remaining entity-defendants—Forty Two Associates LLC and Eighty Six Associates LLC.

    Mr. Hanlon advises: (1) he expects to be filing a motion this week to be relieved as counsel for all these defendants; (2) he is of the understanding that Christopher and Laura Nalbandian will be filing for "personal bankruptcies" through separate counsel (who is not Mr. Capone, who is Debtor's Counsel); and (3) he suspects, but will seek confirmation, that Forty Two Associates LLC and Eight Six Associates LLC (both entities previously controlled by Christopher Nalbandian) are non-operating/defunct entities. He indicated that he will get further information on their entities.

    This matter remains scheduled for an initial status conference beginning at 2:00 p.m. on September 19, 2023.

                                                                  Respectfully submitted,

                                                                  Stuart J. Polkowitz

SJP:jl
cc:    All Counsel of Record

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

515 N. Flagler Drive
Suite P-300
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE:13416580.1